In the Matter of the Application of the ALBANY CITY SAVINGS INSTITUTION

for Authority to Change Its Name to ALBANY CITY SAVINGS BANK, Appellant. ALBANY SAVINGS BANK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.